UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )     Case No.   1:06-mj-00124-DLB
                               )
        vs.                    )     **ORDER OF DETENTION FOLLOWING**
                               )     **REVOCATION OF PREVIOUSLY SET**
ROBERT LEE DELP,               )     **CONDITIONS OF RELEASE**
                               )
                Defendant.     )
_____)

A.   <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.   <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

_____  (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

___X___  (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

**and**

_____  (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

___X___  (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

_____  (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

**Dated:   February 16, 2007**              **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE