IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiffs, ) ) vs. ) ) ROBERT LEE DELP JR. ) ) Defendant. ) ) | No. 1:06-MJ-00124-DLB ORDER OF RELEASE |

The above named defendant having been Sentenced on March 28, 2007 to 45 days custody with Credit for Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED:  3/28/2007 _____


                                    /s/ Sandra M. Snyder
                                    SANDRA M. SNDYER
                                    U.S. Magistrate Judge

1